**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01127-EWN-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

CHAD CANE,

    Respondent.

---

**ORDER**

---

    Upon reviewing the United States of America's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby

    ORDERS that the above-captioned case is dismissed, without prejudice.

    **SO ORDERED** this 23rd day of September, 2008.

                                                    s/ Edward W. Nottingham
                                                  Chief United States District Judge